# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:  
    Kevin Michael Stocker  
    Kathleen Lynne Stocker  
        Debtor(s)

Case No. 07-63986-PJS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Wm. Ruskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/27/2007.

2) The plan was confirmed on 02/16/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/24/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 02/22/2013.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $95,341.92.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | |
| Total paid by or on behalf of the debtor | | | $41,313.57 | | | |
| Less amount refunded to debtor | | | $153.30 | | | |
| **NET RECEIPTS:** | | | | | | **$41,160.27** |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $5,855.27 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,355.78 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,211.05** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | Unsecured | 7,341.80 | 7,249.72 | 7,249.72 | 993.21 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 4,490.71 | 4,643.72 | 4,643.72 | 636.19 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 33,348.99 | 33,999.95 | 33,999.95 | 4,657.99 | 0.00 |
| AMERICAN PROFIT RECOVERY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BK | Unsecured | 6,813.89 | 6,898.81 | 6,898.81 | 945.14 | 0.00 |
| CHIEF PONTIAC FEDERAL CU | Unsecured | NA | 961.11 | 961.11 | 131.67 | 0.00 |
| CHIEF PONTIAC FEDERAL CU | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL | Secured | 0.00 | 6,477.03 | 6,477.03 | 0.00 | 0.00 |
| CITY OF ROCHESTER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITY OF ROCHESTER | Unsecured | 70.01 | NA | NA | 0.00 | 0.00 |
| CLIENT FINANCIAL SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Unsecured | 117.01 | NA | NA | 0.00 | 0.00 |
| CONSUMERS ENERGY CO | Unsecured | 20.55 | 151.02 | 151.02 | 20.69 | 0.00 |
| CRITTENTON HOSPITAL | Unsecured | 20.68 | NA | NA | 0.00 | 0.00 |
| CRITTENTON HOSPITAL | Unsecured | 864.50 | NA | NA | 0.00 | 0.00 |
| DAIMLER-CHRYSLER SERV NO AME | Secured | NA | 3,565.87 | 3,565.87 | 0.00 | 0.00 |
| DAIMLER-CHRYSLER SERV NO AME | Secured | NA | 3,242.72 | 3,242.72 | 0.00 | 0.00 |
| DCFS TRUST | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 5,647.50 | 5,802.72 | 5,802.72 | 794.97 | 0.00 |
| DTE ENERGY | Unsecured | 19.71 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING LLC | Unsecured | 23,490.86 | 24,368.99 | 24,368.99 | 3,338.55 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 363.72 | 366.91 | 366.91 | 50.27 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,110.39 | 2,166.53 | 2,166.53 | 296.81 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 691.85 | 737.15 | 737.15 | 100.99 | 0.00 |
| FIRST NATIONAL CREDIT CARD CE | Unsecured | 6,989.44 | 7,255.57 | 7,255.57 | 994.01 | 0.00 |
| GE MONEY BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JOEL L YOUNG | Unsecured | 389.84 | NA | NA | 0.00 | 0.00 |
| KENT KUBASTA | Secured | NA | NA | NA | 0.00 | 0.00 |
| MARION L WAZNEY DDS | Unsecured | 13.14 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| **Scheduled Creditors:** | | | | | | |
| MIDWESTERN AUDIT SERVICE INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OAKLAND ORTHOPEDIC SURGEON | Unsecured | 94.12 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| PRA III LLC | Unsecured | 10,569.58 | 10,603.69 | 10,603.69 | 1,452.71 | 0.00 |
| PULMONARY & CRITICAL CARE | Unsecured | 17.23 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 8.85 | NA | NA | 0.00 | 0.00 |
| REVENUE PRODUCTION MANAGEM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RICHTERS BEAUTIFICATION | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| ROCHESTER ANESTHESIA | Unsecured | 17.82 | NA | NA | 0.00 | 0.00 |
| ROCHESTER ANESTHESIA | Unsecured | 21.50 | NA | NA | 0.00 | 0.00 |
| ROCHESTER EMERGENCY GROUP | Unsecured | 21.56 | NA | NA | 0.00 | 0.00 |
| ROCHESTER PATHOLOGY | Unsecured | 5.86 | NA | NA | 0.00 | 0.00 |
| ROCHESTER RADIOLOGY | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| SCOTTS LAWN | Unsecured | 142.50 | NA | NA | 0.00 | 0.00 |
| SOUTH OAKLAND ANES ASSOCIAT | Unsecured | 39.20 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK | Unsecured | NA | 135,299.44 | 135,299.44 | 18,536.02 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,808.59 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,808.59** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$246,982.36** | **$32,949.22** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $8,211.05 |
| Disbursements to Creditors | $32,949.22 |
| **TOTAL DISBURSEMENTS** : | **$41,160.27** |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/27/2013

                                          By: /s/ David Wm. Ruskin
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**